

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00204-CV

---

Jane Doe II, Appellant

v.

Kerry Doyle Neal, Appellee

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-368616-25

---

## MEMORANDUM OPINION

The clerk's record was originally due on May 26, 2026. On that date, we received notice from the District Clerk that Appellant had not paid, nor arranged to pay, for the preparation of the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2).

The Clerk of this Court notified Appellant on May 27, 2026, that this appeal could be dismissed for want of prosecution if Appellant did not provide documentation showing that arrangements had been made to pay the clerk's fee before June 6, 2026. To date, Appellant has not responded to our notice. We dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

MARIA SALAS MENDOZA, Chief Justice

June 16, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.